. THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE
   BUFFALO UNION FURNACE COMPANY, Appellant and
   Respondent, *v.* JOHN F. GILCHRIST et al., Constituting
   the State Tax Commission, Respondents and Appellants.

*Tax — franchise tax — lease by corporation of plant and retirement from
business — franchise tax on original capitalization and upon amount
of subsequent stock dividend properly annulled.*

People ex rel. Buffalo Union Furnace Co. v. Gilchrist, 215 App. Div.
48, affirmed.

(Argued June 3, 1926; decided July 9, 1926.)

CROSS-APPEALS from an order of the Appellate Division
of the Supreme Court in the third judicial department,
entered January 11, 1926, annulling on certiorari a
franchise tax assessed against the relator for the year
1923, and determining and restating the tax at the
minimum provided for in section 182 of the Tax Law.
The Tax Commission appeals from the whole of said
order and the relator from so much thereof as holds that
it was exercising its corporate franchise and was liable
for any tax whatever for the year 1923. Relator, a
domestic stock corporation, leased its plant for a term of
years and retired from business. In 1922, in addition to
its regular dividend, it declared a stock dividend of
$4,000,000 and issued the necessary additional capital
stock. Upon these facts, the Tax Commission assessed
a tax of $116,500, being 112½ mills on each dollar of
the original capitalization of $1,000,000, amounting to
$112,500, and 1 mill on each dollar of the additional stock
of $4,000,000, amounting to $4,000. The relator con-
tested the validity of the tax, on the ground that it was
neither employing capital stock nor exercising its corporate
franchise and that the increase of its capital stock was
merely the capitalization of a surplus accumulated and
added to its working capital.

*Ralph Ulsh* and *John Lord O'Brien* for relator, appellant
and respondent.

*Albert Ottinger*, Attorney-General (*Wendell P. Brown*
and *Claude T. Dawes* of counsel), for defendants, respond-
ents and appellants.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, ANDREWS and LEHMAN, JJ. CARDOZO and CRANE, JJ., vote to reverse order of Appellate Division and confirm determination of State Tax Commission except in so far as said determination includes stock dividends in the computation of the tax.